IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:24-CR-40-CAR-CHW |
| CHAD DEMARCO CUMMINGS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON DEFENDANT'S MOTION TO CONTINUE

Before the Court is Defendant Chad Demarco Cummings' Motion to Continue [Doc. 25] the trial, which is set to begin December 2, 2024, in Macon, Georgia. On July 9, 2024, the Grand Jury returned a multi-count indictment charging Defendant with Possession with Intent to Distribute Methamphetamine, Possession with Intent to Distribute Fentanyl, Possession with Intent to Distribute Cocaine, Possession of a Firearm by a Convicted Felon, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime. On August 21, 2024, Defendant was arrested and appointed counsel. On August 23, 2024, Defendant pled not guilty at his arraignment and was detained pending trial. This case has previously been continued twice.

In the Motion, which the Government does not oppose, Defendant requests a continuance to provide additional time to negotiate a global resolution of this case and another pending case. Having considered the matter, the Court finds it serves the ends of

1

justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Motion to Continue [Doc. 25], and **HEREBY ORDERS** that this case be continued until the January 27, 2025, term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 19th day of November, 2024.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT